# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

In re: HARVEY ARMANDO HERNANDEZ  
      YVONNE RENEE HERNANDEZ  
    Debtor(s)

Case No.: 1770120

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Gary Norwood, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/04/2017.
2) The plan was confirmed on 10/20/2017.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 05/23/2022.
6) Number of months from filing or conversion to last payment: 58.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 98,884.07.
10) Amount of unsecured claims discharged without full payment: 5,642.00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $74,317.00 |
| Less amount refunded to debtor: | $2,259.46 |
| **NET RECEIPTS:** | $72,057.54 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,900.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $7,205.76 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $10,105.76 |
| Attorney fees paid and disclosed by debtor: | $950.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BARRETT DAFFIN FRAPPIER ET AL | Unsecured | NA | NA | NA | .00 | .00 |
| BARRETT DAFFIN FRAPPIER ET AL | Unsecured | NA | NA | NA | .00 | .00 |
| BRANCH BANKING & TRUST COMPANY | Unsecured | NA | 689.35 | 689.35 | 689.35 | .00 |
| CAPITAL ONE BANK | Unsecured | 199.00 | NA | NA | .00 | .00 |
| CAPITAL ONE SERVICES | Unsecured | 732.00 | NA | NA | .00 | .00 |
| CARMAX AUTO FINANCE | Secured | 8,073.00 | 7,714.62 | 7,714.62 | .00 | .00 |
| CAWLEY & BERGMANN LLC | Unsecured | NA | NA | NA | .00 | .00 |
| CONN APPLIANCES INC DBA HOMEPLU | Secured | 714.00 | 714.08 | 714.08 | 714.08 | .00 |
| CONN APPLIANCES INC DBA HOMEPLU | Secured | 385.00 | 385.14 | 385.14 | 385.14 | .00 |
| CREDIT FIRST NA | Unsecured | 1,711.00 | 1,711.56 | 1,711.56 | 1,711.56 | .00 |
| CREDIT PROTECTION ASSN | Unsecured | 210.00 | NA | NA | .00 | .00 |
| ECTOR CAD | Secured | NA | 2,618.27 | 2,618.27 | .00 | .00 |
| GLOBAL TRUST MANAGEMENT LLC | Unsecured | 1,274.00 | 1,497.00 | 1,497.00 | 1,497.00 | .00 |
| HSBC BANK FOR ACE / SERIES 2005-HE | Secured | 82,801.00 | NA | NA | .00 | .00 |
| HSBC BANK FOR ACE/SERIES 2005-HE5 | Secured | 9,783.34 | 10,119.14 | 10,119.14 | 10,119.14 | .00 |

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

In re: HARVEY ARMANDO HERNANDEZ  
      YVONNE RENEE HERNANDEZ  
    Debtor(s)

Case No.: 1770120

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSO | Unsecured | NA | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BLAIR SAMPSO | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 1,849.00 | 1,926.19 | 1,572.11 | 1,572.11 | .00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 243.65 | 198.86 | 198.86 | .00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 412.84 | 336.95 | 336.95 | .00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 304.45 | 248.49 | 248.49 | .00 |
| MECHANICS BANK FKA CRB AUTO | Secured | 29,394.00 | 29,587.58 | 29,587.58 | 29,587.58 | 2,922.59 |
| MEDICAL CENTER HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 1,615.00 | 1,615.29 | 1,615.29 | 1,615.29 | .00 |
| MIDLAND MEMORIAL HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| PHOENIX FINANCIAL SERVICES | Unsecured | 850.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PREFERRED CREDIT INC | Secured | 1,431.00 | 1,276.63 | 1,276.63 | 1,276.63 | 95.01 |
| PREFERRED CREDIT INC | Unsecured | NA | 154.08 | 154.08 | 154.08 | .00 |
| SEARS | Unsecured | 3,297.00 | NA | NA | .00 | .00 |
| SPEEDY / RAPID CASH | Unsecured | 966.00 | 966.25 | 966.25 | 966.25 | .00 |
| TEA OLIVE LLC | Unsecured | 1,280.00 | 1,086.42 | 1,086.42 | 1,086.42 | .00 |
| TXU ENERGY | Unsecured | 354.00 | NA | NA | .00 | .00 |
| U S TRUSTEE | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STATES BANKRUPTCY CLERK | Unsecured | NA | 530.72 | 530.72 | 530.72 | .00 |
| WELLS FARGO BANK DBA DEALER SRV | Secured | 4,012.00 | 4,011.83 | 4,011.83 | 4,011.83 | 396.29 |
| WELLS FARGO FINANCIAL NB | Unsecured | 1,005.00 | 1,093.86 | 1,093.86 | 1,093.86 | .00 |

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

In re: HARVEY ARMANDO HERNANDEZ  
      YVONNE RENEE HERNANDEZ  
Debtor(s)

Case No.: 1770120

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD FINANCE C/O WORLD ACCEPT. | Unsecured | 600.00 | 742.55 | 742.55 | 742.55 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 10,119.14 | 10,119.14 | .00 |
| Debt Secured by Vehicle: | 41,314.03 | 33,599.41 | 3,318.88 |
| All Other Secured: | 4,994.12 | 2,375.85 | 95.01 |
| **TOTAL SECURED:** | 56,427.29 | 46,094.40 | 3,413.89 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 12,443.49 | 12,443.49 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $10,105.76 |
| Disbursements to Creditors: | $61,951.78 |
| **TOTAL DISBURSEMENTS:** | $72,057.54 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/10/2022      By: /s/Gary Norwood  
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.