

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 20, 2022.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Midland Division

IN RE: **Harvey Armando Hernandez and Yvonne Renee Hernandez** , Debtor(s)

Case No.: 17−70120−tmd

### ORDER AUTHORIZING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

| | |
|---|---|
| NAME: | LVNV Funding, LLC |
| ADDRESS: | c/o Dilkd & Knopik, LLC |
| | 35308 SE Center Street |
| | Snoqualmie, WA 98065 |

Claimant, for payment of a dividend from unclaimed funds in the amount of $530.72. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

*Verification of Funds dated:12/20/2022 by Finance Dept.*

###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 17-70120-tmd |
| Harvey Armando Hernandez | Chapter 13 |
| Yvonne Renee Hernandez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Harvey Armando Hernandez, Yvonne Renee Hernandez, 5201 Conley Ave, Odessa, TX 79762-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmecf@dilksknopik.com | Dec 20 2022 22:12:00 | LVNV Funding LLC, c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor HSBC Bank USA National Association wdecf@BDFGROUP.com, marshak@bdfgroup.com |
| Alvaro Martinez, Jr. | on behalf of Debtor Yvonne Renee Hernandez alvaro@alvaromartinez.com giselle@alvaromartinez.com;bkpro@alvaromartinez.com;jo@alvaromartinez.com;office@alvaromartinez.com;gisellearredondo15@gmail.com;joandrade0119@gmail.com |

| | | |
|---|---|---|
| District/off: 0542-7 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: pdfintp | Total Noticed: 2 |

Alvaro Martinez, Jr.
    on behalf of Debtor Harvey Armando Hernandez alvaro@alvaromartinez.com giselle@alvaromartinez.com;bkpro@alvaromartinez.com;jo@alvaromartinez.com;office@alvaromartinez.com;gisellearredondo15@gmail.com;joandrade0119@gmail.com

Bradley S Balderrama
    on behalf of Creditor Ector CAD Brad.Balderrama@lgbs.com

Chandra Dianne Pryor
    on behalf of Creditor Specialized Loan Servicing LLC Chandra.Pryor@BonialPC.Com Notices.Bonial@ecf.courtdrive.com

Don Stecker
    on behalf of Creditor Ector CAD don.stecker@lgbs.com

Gary Norwood
    norwoodg@midlandch13.com

Heather Gram-Chavez
    on behalf of Creditor HSBC Bank USA National Association hgramchavezpacer@gmail.com, bankruptcy@mgs-legal.com

Mukta Suri
    on behalf of Creditor HSBC Bank USA National Association Mukta.Suri@BonialPC.com, Mukta.Suri@BonialPC.com;Notices.Bonial@ecf.courtdrive.com

United States Trustee - MD12
    USTPRegion07.AU.ECF@usdoj.gov

TOTAL: 10